# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KEVIN DUKES

VERSUS

SIDNEY GAUTREAUX, ET AL.

CIVIL ACTION

25-76-SDD-EWD

## RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated September 30, 2025, to which an *Objection*[2] was filed. The plaintiff also filed a *Motion for De Novo Review*,[3] a *Motion to Reject Report and Recommendation*[4] and a *Notice of Supplement to Objection to Report and Recommendation*[5] which the Court has considered. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that all claims of Kevin Dukes against Judge Carson Marcantel and against the Lafayette Parish Sheriff's Office are dismissed with prejudice.

**IT IS FURTHER ORDERED** that all claims of Kevin Dukes against East Baton Rouge Parish Sheriff Sidney J. Gautreaux, III are dismissed without prejudice.

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 14.
[3] Rec. Doc. 13.
[4] Rec. Doc. 15.
[5] Rec. Doc. 16.

**IT IS FURTHER ORDERED** that Plaintiff Kevin Dukes' remaining claims against unnamed Assistant District Attorneys, Clerks of Court, and LPSO deputies are severed and **transferred to the USDC for the Western District of Louisiana**.

Signed in Baton Rouge, Louisiana, on this 6th day of November, 2025.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**