UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KEVIN HEWITT DUKES** | **CASE NO. 6:25-CV-01765 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SIDNEY GAUTREAUX ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MEMORANDUM RULING AND ORDER

Before the Court is a MOTION TO STAY OR ADMINISTRATIVELY CLOSE PENDING FIFTH CIRCUIT APPEAL filed by *pro se* plaintiff Kevin Hewitt Dukes. Rec. Doc. 21. By Ruling and Order dated November 7, 2025, Chief Judge Shelly D. Dick of the United States District Court for the Middle District of Louisiana adopted the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dismissing all claims against defendants Judge Carson Marcantel and the Lafayette Parish Sheriff's Office with prejudice and against defendant East Baton Rouge Parish Sheriff Sidney J. Gautreaux, III without prejudice. *Dukes v. Gautreaux, et al.*, Civil Action No. 25-76, United States District Court, Middle District of Louisiana. *See* Ruling and Order, Rec. Doc. 17 in MDLA; Report and Recommendation, Rec. Doc. 11 in MDLA. Dukes' remaining claims against the unnamed Assistant District Attorneys, Clerks of Court, and the Lafayette Parish Sheriff's Office deputies were severed and transferred to this Court. Rec. Doc. 18 in MDLA.

In the instant motion, Dukes represents that he has filed a Notice of Appeal from the Middle District's ruling and therefore requests either a stay or administrative closure of this case. Magistrate Judge Wilder-Doomes' Report and Recommendation notes that Dukes had filed a complaint in this Court the same day that he filed suit in the Middle District and that the action in this Court has already been dismissed with prejudice as frivolous. *Dukes v. Garber, et al.*, Civil Action No. 6:25-CV-97, United States District Court, Western District of

Louisiana. *See* Rec. Doc. 11 in MDLA at 1, n. 2. The original complaint filed in the Middle District did not name the Lafayette Parish Sheriff's Office and its deputies as a defendant; however, an Amended Complaint added those defendants and expressly referenced the matter pending in this Court under Civil Action No. 6:25-CV-97. Rec. Doc. 9 in MDLA at 2.

In Civil Action No. 6:25-CV-97, Magistrate Judge Whitehurst issued a Report and Recommendation recommending the dismissal of all of Dukes' claims with prejudice as frivolous. Rec. Doc. 18 in 25-CV-97. By Judgment dated September 23, 2025, Judge Joseph adopted the Report and Recommendation and dismiss Dukes' claims with prejudice. Rec. Doc. 20 in 25-CV-97. Dukes has appealed that ruling which is currently pending before the Fifth Circuit. Notice of Appeal, Rec. Doc. 24 in 25-CV-97.

Considering the pending appeal of the Middle District's judgment and this Court's judgment in 25-CV-97 and the relatedness of those matters, the MOTION TO STAY OR ADMINISTRATIVELY CLOSE PENDING FIFTH CIRCUIT APPEAL (Rec. Doc. 21) is hereby GRANTED.

It is further ORDERED that this matter be ADMINISTRATIVELY CLOSED pending the resolution of the appeal in Civil Action No. 6:25-CV-97. In the event the Fifth Circuit reverses the judgment entered in Civil Action No. 6:25-CV-97, Dukes shall file a motion to reopen this matter at which time it will be consolidated with Civil Action No. 6:25-CV-97.

THUS DONE in Chambers on this 3rd day of December, 2025.

David J. Ayo
United States Magistrate Judge